UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT GORDON JOHNSTONE,<br><br>Petitioner,<br>v.<br>THE STATE OF NEVADA, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00449-MMD-CBC<br><br>ORDER |

Petitioner Robert Gordon Johnstone has submitted what he styles as a Federal Rule of Civil Procedure 60(b) motion for relief from judgment (ECF No. 1-1). He appears to seek to challenge his 1976 Nevada state judgment of conviction. However, Johnstone has not properly commenced a federal habeas matter. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. A motion for relief from judgment would be appropriate in a case that had already been litigated and in which judgment had been entered. Instead, Johnstone attempted to initiate a new action. The Court notes that it does not appear that Johnstone has any other federal habeas action pending in this Court. If Johnstone seeks to file a federal habeas petition, he must file it on the Court's 28 U.S.C. § 2254 habeas corpus form and include either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

Thus, the present action will be dismissed without prejudice as improperly commenced.

It is therefore ordered that this action is dismissed without prejudice.

///

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

It is further ordered that Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 5) and motion for appointment of counsel (ECF No. 6) are both denied as moot.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 22nd day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE