UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT GORDON JOHNSTONE, | Case No. 3:18-cv-00449-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| THE STATE OF NEVADA, *et al.*, | |
| Respondents. | |

In October 2018, the Court dismissed this action brought *pro se* by Robert Gordon Johnstone as an improperly commenced 28 U.S.C. § 2254 habeas petition (ECF No. 7). Judgment was entered (ECF No. 8). Johnstone has now filed a motion for a copy of the order dismissing this case (ECF No. 9). The docket reflects that the order was served on Johnstone at his address of record. However, out of an abundance of caution, the Court directs the Clerk to send another copy to Johnstone.

It is therefore ordered that the Clerk send to Petitioner 1 copy of the order at ECF No. 7.

DATED THIS 12th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE